**Electronically Filed
Supreme Court
SCWC-19-0000594
24-JUN-2021
10:13 AM
Dkt. 9 OCOR**

SCWC-19-0000594

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,

vs.

NOGUCHI MILNE, Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000594; CR. NO. 1FFC-19-0000573)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed June 23, 2021, is corrected as follows:

On page 1, below the date, the following line is added: "RECKTENWALD, C.J., NAKAYAMA, McKENNA, WILSON, AND EDDINS, JJ."

The "(continued . . .)" notations at the end of footnotes 5, 6, 10, 13, and 16 are omitted.

The phrase "See, e.g." is completely underlined in footnote 10.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, June 24, 2021.

/s/ Sabrina S. McKenna

Associate Justice

